United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KADIR PADILLA DIAZ,

Plaintiff,

v.

COLLEGIATE HOTEL GROUP, LLC,

Defendant.

Case No. 26-cv-02719-NC

**ORDER TO SHOW CAUSE REGARDING COLLEGIATE HOTEL GROUP, LLC'S CITIZENSHIP**

Re: ECF 1

Defendant Collegiate Hotel Group, LLC removed this case to this Court from Santa Clara County Superior Court on March 27, 2026. This Order requires Defendant to "show cause" by filing a written response by April 28, 2026, explaining why this case should not be remanded back to state court for lack of subject matter jurisdiction.

Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). District courts have subject matter jurisdiction through federal question or diversity jurisdiction. 28 U.S.C. §§ 1331, 1332. Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a).

Defendant claims that there is diversity of citizenship because Plaintiff is a citizen of California, and Defendant's members are residents of Kentucky. ECF 1 ¶¶ 12, 14. But "for the purposes of diversity . . . an LLC is a citizen of every state of which its

owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Without information on the citizenship of Defendant's owners/members, this Court cannot assess whether complete diversity exists.

The Court finds that Defendants provided sufficient information to establish that the amount in controversy threshold is satisfied. ECF 1 ¶¶ 17–35.

In conclusion, Defendant has not established that federal subject matter jurisdiction is satisfied because it does not provide sufficient facts. Accordingly, Defendant must show cause in writing by April 28, 2026, why this case should not be remanded back to state court for lack of subject matter jurisdiction. Plaintiffs may respond by May 5, 2026.

**IT IS SO ORDERED.**

Dated:  March 31, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2